# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2008

134887

JOSEPH WILSON,
                Plaintiff-Appellant,

v

DEPARTMENT OF MANAGEMENT AND
BUDGET, d/b/a OFFICE OF RETIREMENT
SERVICES,
                Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134887
COA: 277265
Wayne CC: 06-629615-AA

On order of the Court, the application for leave to appeal the August 23, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2008

p1217

Clerk